**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **AARON MARTIN, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | Civil Action No. 3:08-CV-0490-D |
| **v.** | § | (Consolidated with Civil Action Nos. |
| | § | 3:08-CV-0494-D, 3:08-CV-0502-D, |
| **GEORGE ZOLEY, et al.,** | § | 3:08-CV-0505-D, 3:08-CV-0974-D, |
| | § | 3:08-CV-1034-D, 3:08-CV-1101-D, |
| | § | 3:08-CV-1185-D, 3:08-CV-1299-D, |
| **Defendants.** | § | 3:08-CV-1495-D, and 3:08-CV-1768-D) |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

It is therefore ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted, and the claims of plaintiff Leroy Livingston are dismissed without prejudice for want of prosecution by Fed. R. Civ. P. 54(b) judgment filed today.

**SO ORDERED**.

May 22, 2009.


_____
SIDNEY A. FITZWATER
CHIEF JUDGE