IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AARON MARTIN, et al., § | |
| § | |
| Plaintiffs, § | |
| § | Civil Action No. 3:08-CV-0490-D |
| v. § | (Consolidated with Civil Action Nos. |
| § | 3:08-CV-0494-D, 3:08-CV-0502-D, |
| GEORGE ZOLEY, et al., § | 3:08-CV-0505-D, 3:08-CV-0974-D, |
| § | 3:08-CV-1034-D, 3:08-CV-1101-D, |
| § | 3:08-CV-1185-D, 3:08-CV-1299-D, |
| Defendants. § | 3:08-CV-1495-D, and 3:08-CV-1768-D) |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendations of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

It is, therefore, ordered that the findings, conclusions, and recommendations of the United States Magistrate Judge are adopted, and the claims of plaintiff Willie E. Hardeman and Joseph Drew Cochran are dismissed without prejudice by Fed. R. Civ. P. 54(b) final judgment filed today.

**SO ORDERED**.

June 5, 2009.

SIDNEY A. FITZWATER
CHIEF JUDGE