**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| AARON MARTIN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:08-CV-490-D |
| v. | § | |
| | § | (Consolidated with Civil Action Nos. |
| | § | 3:08-CV-0494-D, 3:08-CV-0502-D, |
| GEORGE ZOLEY, et al., | § | 3:08-CV-0505-D, 3:08-CV-0974-D, |
| | § | 3:08-CV-1034-D, 3:08-CV-1101-D, |
| | § | 3:08-CV-1185-D, 3:08-CV-1299-D, |
| Defendants. | § | 3:08-CV-1495-D, and 3:08-CV-1768-D) |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the October 20, 2009 findings, conclusions, and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. Defendants' September 8, 2009 motion to dismiss (doc. 189) is denied without prejudice.

SIGNED November 6, 2009.

SIDNEY A. FITZWATER
CHIEF JUDGE