# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| AARON MARTIN, et al, | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3:08-CV-0490-D |
| | § | (consolidated with 3:08-CV-0494-D, |
| v. | § | 3:08-CV-0502-D, 3:08-CV-0505-D, |
| | § | 3:08-CV-0857-D, 3:08-CV-0974-D, |
| GEORGE ZOLEY, et al, | § | 3:08-CV-1034-D, 3:08-CV-1101-D, |
| | § | 3:08-CV-1185-D, 3:08-CV-1299-D, |
| Defendants. | § | 3:08-CV-1495-D, and 3:08-CV-1768-D) |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the December 23, 2010 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and plaintiff Willie E. Hardeman's ("Hardeman's") motion to proceed with case is granted. Hardeman is reinstated as a plaintiff in this lawsuit, and the Clerk of Court is directed to show that his action is pending.

**SO ORDERED**.

February 9, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE