IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AARON MARTIN, et al., | ) |
| | ) No. 3:08-CV-0490-D |
| Plaintiffs, | ) (Consolidated with Civil Action Nos. |
| | ) 3:08-CV-0494-D, 3:08-CV-0502-D, |
| v. | ) 3:08-CV-0505-D, 3:08-CV-0974-D, |
| | ) 3:08-CV-1034-D, 3:08-CV-1101-D, |
| GEORGE ZOLEY, et al., | ) 3:08-CV-1185-D, 3:08-CV-1299-D, |
| | ) 3:08-CV-1495-D, 3:08-CV-1768-D, |
| Defendants. | ) and 3:09-CV-2326-D) |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the May 26, 2011 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, the April 8, 2011 motion to dismiss filed by defendants Maria A. Chapa, Marlena S. Friddle, Nadia R. Jackson, and Joseph Wright is granted, and the action of plaintiff Charles Williams is dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b) by judgment filed today.

**SO ORDERED**.

June 29, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE