IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AARON MARTIN, et al., | § | Civil Action No. 3:08-CV-0490-D |
| | § | (Consolidated with Civil Action Nos. |
| Plaintiffs, | § | 3:08-CV-0494-D, 3:08-CV-0502-D, |
| | § | 3:08-CV-0505-D, 3:08-CV-0974-D, |
| VS. | § | 3:08-CV-1034-D, 3:08-CV-1101-D, |
| | § | 3:08-CV-1185-D, 3:08-CV-1299-D, |
| GEORGE ZOLEY, CEO, GEO GROUP, | § | 3:08-CV-1495-D, 3:08-CV-1768-D, |
| INC., et al., | § | and 3:09-CV-2326-D) |
| | § | |
| Defendants. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the January 26, 2012 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, defendants' September 30, 2011 motion for summary judgment, docketed as no. 372, is granted, and the claims of plaintiffs Robert Villareal, Aaron Martin, and Willie E. Hardeman against defendants George Zoley, David McComis, Michael G. Ringer, Lonnie Bratcher, Daniel Simpson, Marlena Friddle, Lonnie Morphis, Joseph Smith, Maria A. Chapa, The GEO Group, Inc., Joseph Wright, Elaine Slavik, David S. Herrera, Deandra M. Chenault, Lt. Fred Tunaitis, Richard Shufelt, Brenda Wilkerson, Benny Dunsworth, Sgt. Shawna Jackson, Lonnie Simpson, Nadia R. Jackson, Nurse Jane Doe, and Deanda W. Chenault are dismissed with prejudice by Fed.

R. Civ. P. 54(b) judgment filed today.

      **SO ORDERED**.

March 19, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE