IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AARON MARTIN, et al.,<br><br>             Plaintiffs,<br><br>VS.<br><br>GEORGE ZOLEY, CEO, GEO GROUP, INC., et al.,<br><br>             Defendants. | § Civil Action No. 3:08-CV-0490-D<br>§ (Consolidated with Civil Action Nos.<br>§ 3:08-CV-0494-D, 3:08-CV-0502-D,<br>§ 3:08-CV-0505-D, 3:08-CV-0974-D,<br>§ 3:08-CV-1034-D, 3:08-CV-1101-D,<br>§ 3:08-CV-1185-D, 3:08-CV-1299-D,<br>§ 3:08-CV-1495-D, 3:08-CV-1768-D,<br>§ and 3:09-CV-2326-D)<br>§<br>§ |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the January 17, 2012 conclusions and recommendation of the magistrate judge, the court concludes that the conclusions and recommendation are correct. It is therefore ordered that the conclusions and recommendation of the magistrate judge are adopted.

Accordingly, the January 4, 2012 opposed motion of GEO defendants and UTMB defendants to strike plaintiff Hardeman's motions for summary judgment is granted. The motions for summary judgment docketed under nos. 388, 413, 419, and 421-431 are stricken.

**SO ORDERED**.

March 19, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE